FILED - GR
June 2, 2011 9:48 AM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: __gif__ / _____ SCANNED BY __JST__

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| LAURA WILLIAMS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PROFESSIONAL DEBT MEDIATION, ) <br> INC., ) <br> ) <br> Defendant. ) | Case No **1:11-cv-417** <br> **Gordon J Quist** <br> **U.S. District Judge** |

### NOTICE OF SETTLEMENT

Defendant, Professional Debt Mediation Inc., hereby notifies the Court that Defendant and Plaintiff, Laura Williams, have reached a settlement in the above-referenced case. The parties are presently finalizing and executing the settlement agreement.

Pending the exchange of final settlement documents and funds, which the parties expect to occur within the next seventy (70) days, the parties will file the appropriate dismissal papers with the Court.

Dated: June __/__, 2011.

                            **VOLPE, BAJALIA, WICKES,**
                            **ROGERSON & WACHS**

                            */s/ Michael L. Duncan*

                            Michael L. Duncan
                            Florida Bar No. 50946
                            Jamie W. Olinto
                            Florida Bar No. 85179
                            501 Riverside Avenue, 7th floor
                            Jacksonville, FL 32202
                            Telephone: (904) 355-1700
                            Facsimile: (904) 355-1797
                            mduncan@vbwr.com
                            jolinto@vbwr.com

                            Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by by first class, postage paid U.S. Mail to: Michael S. Agruss, Esq. and Ryan Lee, Esquire, Krohn & Moss, Ltd., 10474 Santa Monica Boulevard, Suite 401, Los Angeles, California 90025, on the __/__ day of June, 2011.

                            */s/ Michael L. Duncan*
                            Attorney

3228.02700