# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| LAURA WILLIAMS )<br><br>    Plaintiff, )<br> v. )<br>PROFESSIONAL DEBT MEDIATION, )<br>INC., )<br><br>    Defendant. ) | Case No.: 1:11-cv-00417<br><br><br><br>**VOLUNTARY DISMISSAL** |

## NOTICE OF VOLUNTARY DISMISSAL

LAURA WILLIAMS (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, PROFESSIONAL DEBT MEDIATION, INC., (Defendant), in this case.

DATED:  August 26, 2011                    RESPECTFULLY SUBMITTED,
                                            KROHN & MOSS, LTD.

                                            By: /s/ Michael S. Agruss
                                               Michael S. Agruss
                                               Krohn & Moss, Ltd.
                                               10474 Santa Monica Blvd., Suite 401
                                               Los Angeles, CA 90025
                                               Tel: 323-988-2400 x235
                                               Fax: 866-583-3695
                                               magruss@consumerlawcenter.com
                                               CA SBN 259567
                                               Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System. A true and correct copy of said Dismissal was electronically submitted by electronic mail to the following:

*Jamie W. Olinto, Esq.*
Volpe, Bajalia, Wickes,
Rogerson & Wachs, P.A.
501 Riverside Avenue, 7th Floor
Jacksonville, FL 32202

          By:\_\_\_/s/ Michael Agruss_____
            Michael Agruss,
            Attorney for Plaintiff